UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERBERT MOTON,<br><br>    Plaintiff,<br><br>v.<br><br>MAPLEBEAR INC., d/b/a INSTACART,<br><br>    Defendant. | Civ. Action #: 1:15-cv-08879 CM<br><br>**NOTICE OF MOTION OF DEFENDANT MAPLEBEAR INC., D/B/A INSTACART TO COMPEL ARBITRATION AND TO DISMISS THE COMPLAINT OR STAY THE LITIGATION** |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Alice K. Jump, dated December 4, 2015 and exhibits thereto; the Declaration of Ann Wessing, dated December 4, 2015 and exhibit thereto; the accompanying Memorandum of Law, and all prior proceedings herein, defendant Maplebear Inc., d/b/a Instacart, will move this Court for an order compelling arbitration of this dispute under the Federal Arbitration Act, 9 U.S.C. §1 *et seq.*, and dismissing the complaint or, in the alternative, staying all proceedings pending arbitration of the dispute. This motion shall be made at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, before the Honorable Colleen McMahon on a date and at a time to be determined by the Court. Answering papers, if any, shall be served on or before December 18, 2015. Reply papers, if any, shall be served on or before December 28, 2015.

Dated: New York, New York
December 4, 2015

REAVIS PARENT LEHRER LLP

By: _____
Alice K. Jump (AJ 9314)
41 Madison Avenue
41st Floor
New York, New York 10010
212- 763-4100 (telephone)
212-763-4141 (facsimile)
ajump@rpl-law.com

KEKER & VAN NEST LLP
Benjamin Berkowitz (pro hac vice pending)
Nikki K. Vo (pro hac vice pending)
Ryan K. Wong (pro hac vice Pending)

633 Battery Street
San Francisco, CA 94111-1809
415 391 5400  (Telephone)
415 397 7188 (Facsimile)

Attorneys for  Defendant Maplebear Inc.
d/b/a Instacart

To:   Abdul K. Hassan, Esq.
215-28 Hillside Avenue
Queens Village, NY 11427
Tel:718-740-1000
Fax: 718-740-2000
abdul@abdulhassan.com
Attorney for Plaintiff Herbert Moton

1007497                                       2